**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAIN STREET ROI, LLC,

Plaintiff,

v. Case No.: 6:26-cv-01153-JSS-LHP

FRANCES C. FURGELE,

Defendant,

---

**ORDER**

Before the Court is a Time-Sensitive Defendant's Short-Form Motion for Protective Order and to Quash or Modify Non-Party Bank Subpoenas. Doc. No. 65. By the motion, Defendant seeks to quash or modify subpoenas issued to third-party banks, including PNC Bank, Ally Bank, Capital One, and Bank of America. *Id.*; Doc. No. 65-2. In response, however, Plaintiff says that the subpoenas never issued, and it does not intend to pursue them. Doc. No. 68. Based thereon, Defendant's motion (Doc. No. 65) is **DENIED as moot**.

The Court notes Plaintiff's statements that Defendant failed to confer regarding the motion before filing it. Doc. No. 68. The Court reminds the parties that Local Rule 3.01(g) applies with equal force to *pro se* litigants, thus requiring both that movants confer with *pro se* parties and requiring *pro se* movants to confer with opposing parties. *E.g.*, *Phillips v. Cario*, No. 5:26-cv-9-PGB-PRL, 2026 WL

507939, at *1 (M.D. Fla. Feb. 24, 2026); *Taylor v. Bayforce Tech. Sols.*, No. 3:25-cv-1213-WWB-SJH, 2026 WL 1071682, at *1 (M.D. Fla. Feb. 3, 2026); *Good Gateway, LLC v. Orlando Gateway Partners, LLC*, No. 6:25-cv-120-WWB-RMN, 2025 WL 2083415, at *1 (M.D. Fla. Feb. 19, 2025). Failure to comply may result in the summary denial of the deficient filing. Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties