# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MAIN STREET ROI, LLC,

Plaintiff,

v. Case No.: 6:26-cv-01153-JSS-LHP

FRANCES C. FURGELE,

Defendant,

---

## ORDER

Before the Court is Defendant's Unopposed Motion for Leave to File Electronically Through CM/ECF. Doc. No. 73. Upon consideration, the motion (Doc. No. 73) is **GRANTED.**

The Court will permit Defendant to file electronically via CM/ECF, provided that Defendant complies with the Administrative Procedures for Electronic Filing.[1] Failure to comply will result in the removal of electronic filing privileges. Defendant is further advised that the privilege granted herein will be revoked if she misuses or abuses CM/ECF. Defendant is directed to the Court's website, https://www.flmd.uscourts.gov/cmecf, for the requirements of Non-Attorney E-File Registration.

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov, by selecting "Filing a Case," and "Administrative Procedures for Electronic Filing (PDF)."

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties